AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

QUENTIN DOTY,

        Plaintiff,

v.

KITCHEN SGT., et al,

        Defendants.

Case No. 3:25-cv-00263-MMD-CSD

ORDER GRANTING
**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Quentin Doty, pro se, and Defendants, Kitchen Sgt., Tolloti, Hinkly, Grievance Coordinator, and Nurse, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 5th day of June, 2026.

By: _____
Quentin Doty #1294692
*Plaintiff, Pro se*

DATED this 5th day of June, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

## IT IS SO ORDERED

DATED this <u>7th</u> day of July, 2026.

_____
Miranda M. Du, U.S. District Judge

Page 1 of 1